**FORM 1** Page No: 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 94-10684 | Trustee Name: | E. Hanlin Bavely |
|---|---|---|---|
| Case Name: | AAA SPORTS INC | Date Filed (f) or Converted (c): | 02/25/1994 (f) |
| For the Period Ending: | 7/27/2022 | §341(a) Meeting Date: | 03/07/1996 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| | | | | $0.00 | |
| **Asset Notes:** | | | | | |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**
$0.00

**Major Activities affecting case closing:**

06/30/2022 Case reopened because of newly discovered copyright infringement claim. Counsel appointed for Trustee has instituted an action in the Federal District Court in Sherman, Texas based on copyright infringement and violations of the Digital Millennium Copyright Act, and the matter continues in the early stages of discovery and preliminary filings.

| Initial Projected Date Of Final Report (TFR): | 12/31/2022 | Current Projected Date Of Final Report (TFR): | 12/31/2023 | /s/ E. HANLIN BAVELY |
|---|---|---|---|---|
| | | | | E. HANLIN BAVELY |