**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AAA Sports, Inc., | ) | Case No. 94-10684 |
| | ) | |
| Debtor. | ) | Judge Beth A. Buchanan |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF**
**PANINI AMERICA, INC. TO CHRISTOPHER W. PATTON'S**
**MOTION FOR ADMISSION *PRO HAC VICE***
**(RELATED TO ECF 600)**

Panini America, Inc. ("Panini"), by and through its undersigned counsel, hereby files this

limited objection and reservation of rights (this "Objection") to the *Motion for Admission Pro Hac*

*Vice* [ECF 600] (the "PHV Motion") filed by Christopher W. Patton of Lynn Pinker Hurst &

Schwegmann LLP ("LPHS") in the above-captioned chapter 7 case of AAA Sports, Inc. (the

"Debtor") and respectfully represent as follows:

**OBJECTION**

Panini objects to Mr. Patton being granted leave to appear *pro hac vice* for "AAA Sports

Inc. a/k/a Wild Card" because the chapter 7 trustee has not moved to retain LPHS or Mr. Patton

as Debtor's counsel.  If the Trustee does so move, Panini intends to object to such retention on

conflicts grounds, including that LPHS represents current or former equity holders in these

proceedings.[1]

**RESERVATION OF RIGHTS**

Panini reserves all its rights with respect to this Objection, the PHV Motion, Panini's

---

[1] LPHS also represents Wild Card, Inc. in litigation pending in the United States District Court for the Northern District of Texas. Wild Card, Inc. is the subject of pending litigation in this Court over its alleged violations of the automatic stay. *See Panini America, Inc.'s Motion Pursuant to Sections 362(k) and 105(a) of the Bankruptcy Code to Recover Damages Caused by Violations of the Automatic Stay* [ECF 587].

Motion, and any application by the Trustee seeking to retain LPHS as Debtor's counsel, including the right to supplement this Objection and/or raise additional objections at the hearing on the PHV Motion, if any.  Nothing contained in, or omitted from, this Objection constitutes an admission or stipulation by Panini.

WHEREFORE, Panini respectfully requests that the Court (i) deny the PHV Motion with respect to Mr. Patton being granted leave to appear *pro hac vice* for the Debtor and (ii) grant such other relief as may be just and proper.

[*Remainder of Page Intentionally Blank*]

Dated: July 23, 2026

Respectfully submitted,

*/s/ Kyle Arendsen*

Kyle Arendsen (Ohio Bar No. 0098488)
**SQUIRE PATTON BOGGS (US) LLP**
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
kyle.arendsen@squirepb.com

**-** and **-**

Peter R. Morrison (Ohio Bar No. 0085127)
**SQUIRE PATTON BOGGS (US) LLP**
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: 216.479.8500
Facsimile: 216.479.8780
peter.morrison@squirepb.com

**-** and **-**

Laura L. Femino (admitted *pro hac vice*)
Ana Carolina Varela (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (952) 356-0022
LFemino@bsfllp.com
AVarela@bsfllp.com

*Co-Counsel to Panini America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on July 23, 2026, electronically through the Court's ECF System upon all counsel and others registered in this case in that System and by email to each of the following:

David A. Beck, Esq.
David A. Wallace, Esq.
Carpenter Lipps LLP
280 Plaza, Suite 1300
208 North High Street
Columbus, OH 43215
wallace@carpenterlipps.com
beck@carpenterlipps.com
*Counsel for Pioneer Funding Group, LLC*

David T. Austin, Esq.
Office of the United States Trustee
John W. Peck Federal Building
550 Main Street, Ste 4-812
Cincinnati, OH 45202
David.austin2@usdoj.gov
*Counsel for the United States Trustee*

Michael S. Tucker, Esq.
UB Greensfelder LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1406
mtucker@ubglaw.com
*Counsel for Creditor Richard Fogel*

Ronald E. Gold
FBT Gibbons
Great American Tower
301 East Fourth St., Suite 3300
Cincinnati, OH 45202
rgold@fbtlaw.com
*Current and/or Former Counsel for Atkins Family Living Trust, Mark Atkins, Douglas Atkins, and Daniel Atkins*

E. Hanlin Bavely, Esq.
6510 Dawson Road
Cincinnati, OH 45253
ehbavely@zoomtown.com
*Chapter 7 Trustee*

Richard Boydston
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, Ohio 45202-4028
Richard.Boydston@dentons.com
*Counsel for Bayliss Packaging Corporation*

Dustin Rawlin, Esq.
Shane Ramsey, Esq.
Nelson Mullins Riley & Scarborough LLP
1100 Superior Avenue, Suite 2000
Cleveland, OH 44114
Dustin.rawlin@nelsonmullins.com
and
Frank B.B. Knowlton, Esq.
Nelson, Mullins, Riley & Scarborough LLP
Meridian 1320 Main Street, 17th Floor
Columbia, SC 29201
Frank.knowlton@nelsonmullins.com
and
Shane Ramsey, Esq.
Nelson Mullins Riley & Scarborough LLP
1222 Demonbreun St., Suite 1700
Nashville, TN 37203
Shane.ramsey@nelsonmullins.com
*Counsel for Creditor Jodi Fonfa*

Jacob Frumkin, Esq.
Matteo Percontino, Esq.
Cole Schotz P.C.
1325 Avenue for Americas
New York, NY 10019
jfrumkin@coleschotz.com
mpercontino@coleschotz.com
and
Gary Sorden, Esq.
Cole Schotz P.C.
901 Main Street, Suite 4120
Dallas, TX 75202
gsorden@coleschotz.com
*Former Special Litigation Counsel for the Trustee*

Joshua Feltman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
joshua.feltman@kirkland.com
and
Benjamin S. Arfa
Michael S. Benn
Michael H. Cassel
Scott K. Charles
Emil A. Kleinhaus
Gregory E. Pessin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
BSArfa@wlrk.com
MSBenn@wlrk.com
MHCassel@wlrk.com
SKCharles@wlrk.com
EAKleinhaus@wlrk.com
GEPessin@wlrk.com
*Current and/or Former Counsel for AAA SPV, LLC*

Christopher J. Schwegmann
Christoper W. Patton
Amanda Alexander
Hayden G. Hanson
Zhenmian "Shirley" Xu
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
cschwegmann@lynnllp.com
cpatton@lynnllp.com
aalexander@lynnllp.com
hhanson@lynnllp.com
sxu@lynnllp.com
*Counsel to Wild Card, Inc., Daniel Atkins, and Douglas Atkins*

*/s/ Kyle Arendsen*
Kyle Arendsen

2